UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERRY L. HARRIS,                      )
                                      )
                  Petitioner,         )        CASE NO.  C05-885-JLR
                                      )
        v.                            )        ORDER
                                      )
SANDRA CARTER,                        )
                                      )
                  Respondent.         )
_____)

        The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's

Motion to Dismiss, the Report and Recommendation of the Honorable Monica J. Benton, United

States Magistrate Judge, and the remaining record, finds and Orders as follows:

        (1)     The Court adopts the Report and Recommendation;

        (2)     Respondent's motion to dismiss (Dkt. #9) is GRANTED, the Petition for

                Writ Habeas Corpus (Dkt. #1) is DENIED, and this matter is

                DISMISSED with prejudice;

        (3)     The Clerk is directed to send copies of this Order to counsel for each party, and

                to the Honorable Monica J. Benton.

        DATED this 20th day of March, 2006.

                                                s/James L. Robart
                                                _____
                                                JAMES L. ROBART
                                                United States District Judge

ORDER